UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH ELBERTI,

                              Plaintiff,

   -against-

BP AMERICA, INC.,

                              Defendant.
----------------------------------------------------------------X

Docket No.: 09-CV- 2865
(KAM)(JO)

**STIPULATION**

**DOCKET & FILE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties hereto, that:

    The time for Plaintiffs' to submit an Opposition to Defendant's Motion to Dismiss is extended from November 20, 2009 to December 4, 2009 and further, the time for Defendants to reply to Plaintiff's Opposition is extended from December 4, 2009 to December 18, 2009.

Dated: Carle Place, New York
         November 12, 2009

| | |
|---|---|
| Steven A. Morelli, P.C. | Kelly Drye & Warren, LLP |
| *[signature]* | *[signature]* |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| One Old Country Road | 101 Park Avenue |
| Carle Place, New York 11514 | New York, NY 10178 |
| (516)-393-9151 (Phone) | (212)-808- 7825 (Phone) |
| (516)-747-5024 (Facsimile) | (212)-808-7897 (Facsimile) |

So Ordered.
Kiyo A. Matsumoto
U.S. District Judge
11/13/09